THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:25-CR-93-SDJ-BD |
| | § | |
| CHRISTOPHER GEORGE WIGGIN | § | |
| | § | |
| | § | |

**MEMORANDUM ADOPTING THE REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 23, 2025, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #18) that Defendant's supervised release be revoked.

Having received the Report of the United States Magistrate Judge (Dkt. #18) and having received Defendant's waiver of his right to object to the proposed findings and recommendations of the Magistrate Judge (Dkt. #17), the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court. Accordingly, Defendant's supervised release is revoked based on allegations one through four; Defendant is sentenced to a term of thirteen months of imprisonment to run consecutively to the terms ordered in Dallas County Criminal District Court No. 4 Case Numbers F-25-41422 & F-25-41423 and Dallas County 204th Judicial District Court Case Number F-25-41424, with no term of supervised release to follow; and the

Court hereby recommends Defendant be placed at FCI El Reno in El Reno, Oklahoma, if appropriate.

      **So ORDERED and SIGNED this 2nd day of October, 2025.**

                                                     SEAN D. JORDAN
                                                     UNITED STATES DISTRICT JUDGE